IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Jew, Larry

Printed: 5/20/08

Case Number: 07 B 00779
Judge: Squires, John H
Filed: 1/17/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: March 19, 2008
Confirmed: April 11, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 3,264.00 |  |
| Secured: |  | 492.88 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,400.00 |
| Trustee Fee: |  | 165.14 |
| Other Funds: |  | 205.98 |
| Totals: | 3,264.00 | 3,264.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Veronica D Joyner | Administrative | 2,400.00 | 2,400.00 |
| 2. | CitiFinancial | Secured | 0.00 | 0.00 |
| 3. | Citi Residential Lending Inc | Secured | 0.00 | 0.00 |
| 4. | Citi Residential Lending Inc | Secured | 24,209.23 | 468.71 |
| 5. | CitiFinancial | Secured | 1,540.85 | 24.17 |
| 6. | Internal Revenue Service | Priority | 4,518.59 | 0.00 |
| 7. | Illinois Dept of Revenue | Priority | 100.48 | 0.00 |
| 8. | Premier Bankcard | Unsecured | 48.01 | 0.00 |
| 9. | Nationwide Acceptance Corp | Unsecured | 114.27 | 0.00 |
| 10. | AmeriCash Loans, LLC | Unsecured | 39.93 | 0.00 |
| 11. | Bank of Calumet | Unsecured | 574.30 | 0.00 |
| 12. | Illinois Dept of Revenue | Unsecured | 73.80 | 0.00 |
| 13. | Internal Revenue Service | Unsecured | 10.76 | 0.00 |
| 14. | RoundUp Funding LLC | Unsecured | 98.51 | 0.00 |
| 15. | AmeriCash Loans, LLC | Unsecured | 101.95 | 0.00 |
| 16. | Check Recovery Systems | Unsecured |  | No Claim Filed |
| 17. | One Iron Ventures | Unsecured |  | No Claim Filed |
| 18. | Loan Express Company | Unsecured |  | No Claim Filed |
| 19. | Household | Unsecured |  | No Claim Filed |
| 20. | PLS Financial | Unsecured |  | No Claim Filed |
|  |  |  | $ 33,830.68 | $ 2,892.88 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 5.4% | 165.14 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Jew, Larry | Case Number:  07 B 00779 |
| | Judge:  Squires, John H |
| Printed:  5/20/08 | Filed:  1/17/07 |

$ 165.14

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

